OCTOBER 2, 1985

No. A–235. THREE MILE ISLAND ALERT, INC. *v.* UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. Application to continue the stay entered on June 7, 1985, by the United States Court of Appeals for the Third Circuit, presented to JUSTICE BRENNAN, and by him referred to the Court, denied. JUSTICE BRENNAN would continue the stay pending the timely filing and disposition of a petition for writ of certiorari.